1  WILLIAM M. KUNTZ  # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5

6

7

8               UNITED STATES DISTRICT COURT
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                       EASTERN DIVISION

10

11 SHAIN MICHAEL KERR,            )   CASE NO.: **EDCV 12-00782 MLG**
                                  )
12              Plaintiff,        )   [~~PROPOSED~~] ORDER AWARDING
                                  )   EAJA FEES
13         v.                     )
                                  )
14 MICHAEL J. ASTRUE,             )
   Commissioner of Social Security)
15 Administration,                )
                                  )
16              Defendant.        )
   _____  )
17

18      Based upon the parties' Stipulation for Award and Payment of Equal Access

19 to Justice Act (EAJA) Fees ("Stipulation"),

20      **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal

21 Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND DOLLARS and

22 no/cents ($2,000.00), as authorized by  28 U.S.C. § 2412 (d), and subject to the terms

23 and conditions of the Stipulation.

24 DATED: January 16, 2013

25
                              _____
26
                              MARC L. GOLDMAN
27
                              UNITED STATES MAGISTRATE JUDGE
28

                                    1