1  WILLIAM M. KUNTZ   # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5

6

7

8              UNITED STATES DISTRICT COURT
        FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                    EASTERN DIVISION

10

11  SHAIN MICHAEL KERR,              )   CASE NO.: **EDCV 12-00782 MLG**
                                     )
12              Plaintiff,           )   [~~PROPOSED~~] ORDER AWARDING
                                     )   EAJA FEES
13          v.                       )
                                     )
14  MICHAEL J. ASTRUE,               )
    Commissioner of Social Security  )
15  Administration,                  )
                                     )
16              Defendant.           )
    _____ )
17

18      Based upon the parties' Stipulation for Award and Payment of Equal Access

19  to Justice Act (EAJA) Fees ("Stipulation"),

20      **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal

21  Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND DOLLARS and

22  no/cents ($2,000.00), as authorized by  28 U.S.C. § 2412 (d), and subject to the terms

23  and conditions of the Stipulation.

24  DATED: January 16, 2013

25                                   _____

26

27                                   MARC L. GOLDMAN

28                                   UNITED STATES MAGISTRATE JUDGE

                        1